## Commonwealth *v.* Kellenbenz, Appellant.

Argued March 21, 1975.

*Daniel C. Barrish,* with him *Memin, Flick, Josel & Barrish,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Levin, Appellant.

Argued March 24, 1975. *Jonathan Levin,* appellant, in propria persona; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.